## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 266 EAL 2020

Respondent

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.

ZAKEEM SINGLETON,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.